UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HARRY J. COOPER,

                                    Plaintiff,

        v.                                              7:09-CV-0062

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

        This matter brought pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3), was referred to

the Hon. Victor E. Bianchini, United States Magistrate Judge, for a Report-Recommendation

pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c).

        No objections to the May 27, 2010 Report-Recommendation have been raised.

After examining the record, this Court has determined that the Report-Recommendation is

not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the

Report-Recommendation for the reasons stated therein.

        It is, therefore, ORDERED that the Commissioner of Social Security's decision

denying disability benefits be REMANDED for further proceedings in accordance with the

Report-Recommendation and pursuant to sentence four of 42 U.S.C. § 405(g).


IT IS SO ORDERED.

Dated:July 27, 2010

Thomas J. McAvoy
Senior, U.S. District Judge